# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1535

IN RE THE NEWBRIDGE CUTLERY COMPANY
(trading as Newbridge Silverware)

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in Serial No. 79094236.

Authorized Abbreviated Caption[2]

IN RE THE NEWBRIDGE CUTLERY CO., 2013-1535

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.