# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

IN RE THE NEWBRIDGE CUTLERY COMPANY
(trading as Newbridge Silverware)
No. 2013-1535

## ENTRY OF APPEARANCE

Please enter my appearance (select one):   _____Pro Se   ___X__ As counsel for:

THE NEWBRIDGE CUTLERY COMPANY (trading as Newbridge Silverware)
Name of party

I am, or the party I represent is (select one):
_____Petitioner   _____Respondent   _____Amicus curiae   _____Cross Appellant
__X___Appellant   _____Appellee   _____Intervenor


My address and telephone are:

Name:                  Philip Raible
Law firm:              Rayner Rowe LLP
Address:               75 Rockefeller Plaza – 20th Floor
City, State and ZIP:   New York, New York 10019
Telephone:             212-763-5068
Fax #:                 212-937-4680
E-mail address:        phil@raynerrowe.com

Statement to be completed by counsel only (select one):

____X_ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.
_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]
_____ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):   July 10, 2013

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):   ___X__Yes   _____No _____

August 9, 2013              ___/s/ Philip Raible_____
       Date                       (Signature of Counsel)

cc:  Office of the Solicitor