# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

IN RE THE NEWBRIDGE CUTLERY COMPANY
(trading as Newbridge Silverware)
No. 2013-1535

# ENTRY OF APPEARANCE

Please enter my appearance (select one):  _____Pro Se     ___X__ As counsel for:

THE NEWBRIDGE CUTLERY COMPANY (trading as Newbridge Silverware)
Name of party

I am, or the party I represent is (select one):
_____Petitioner _____Respondent     _____Amicus curiae _____Cross Appellant
__X___Appellant     _____Appellee _____Intervenor


My address and telephone are:

| | |
|---|---|
| Name: | Philip Raible |
| Law firm: | Rayner Rowe LLP |
| Address: | 75 Rockefeller Plaza – 20th Floor |
| City, State and ZIP: | New York, New York 10019 |
| Telephone: | 212-763-5068 |
| Fax #: | 212-937-4680 |
| E-mail address: | phil@raynerrowe.com |

Statement to be completed by counsel only (select one):

_____X_ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.
_____ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]
_____ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only):   July 10, 2013

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):   ___X__Yes _____No _____

August 12, 2013          ___/s/ Philip Raible_____
Date          (Signature of Counsel)

cc:  Office of the Solicitor

# UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on August 12, 2013 by:

_____ US mail

_____ Fax

_____ Hand

__X__ Electronic Means
        (by email or CM/ECF)

        Upon:

        Nathan K. Kelley
        Acting Solicitor
        Office of the Solicitor – US Patent & Trademark Office
        Mail Stop 8, P.O. Box 1450
        Alexandria, Virginia 22313-1450
        e-mail - nathan.kelley@uspto.gov


Philip Raible_____                          /s/ Philip Raible_____
Name of Counsel                               Signature of Counsel

Law Firm:      Rayner Rowe LLP

Address:       75 Rockefeller Plaza – 20th Floor

City, State, ZIP:   New York, NY 10019

Telephone Number:  212-763-5068

FAX Number:  212-937-4680

E-mail Address:      phil@raynerrowe.com